Benjamin E. Haglund (BH 3350)
DAY PITNEY LLP
7 Times Square
New York, NY 10036-7311
(212) 297 5800

Attorneys for Defendant Deutsche Bank Trust Company Americas

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | Case No.: 21 MC 102 (AKH) |
| JORGE ENCALADA, <br><br> Plaintiff, <br><br> - against - <br><br> BANKERS TRUST COMPANY, *et al.*, <br><br> Defendants. | Case No.: 07-cv-1607 (AKH) <br><br> **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT ON BEHALF OF DEUTSCHE BANK TRUST COMPANY AMERICAS** |

PLEASE TAKE NOTICE THAT defendant Deutsche Bank Trust Company Americas, in its own capacity and as incorrectly pleaded as Deutsche Bank Trust Company ("DB Trust Americas"), having its principal place of business at 60 Wall Street, New York, NY 10005, as and for its responses to the allegations set forth in plaintiff's Complaint by Adoption ("Check-Off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts the Deutsche Bank Trust Company Americas Answer to the Master Complaint, dated August 2, 2007, which was filed in *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

1560365A01090707

- 2 -

To the extent the allegations in plaintiff's Check-Off Complaint do not correspond to the allegations in the Master Complaint attached as Exhibit A to Case Management Order 4 in the 21 MC 102 consolidated docket, dated June 29, 2007 ("CMO 4"), or conform to the *pro-forma* check-off complaint attached as Exhibit B to CMO 4, DB Trust Americas denies any such non-conforming allegations.

WHEREFORE, DB Trust Americas demands judgment in its favor, dismissing the above-captioned action, together with costs and disbursements, and for such other relief as this Court deems just and equitable.

DAY PITNEY LLP
Attorneys for Defendant
Deutsche Bank Trust Company Americas

By: *s/ Benjamin E. Haglund*
    BENJAMIN E. HAGLUND
    A Member of the Firm

DATED: September 12, 2007

## CERTIFICATION OF SERVICE

The undersigned certifies that on this date, the attached Notice of Adoption of Answer to Master Complaint was electronically served and filed with the United States District Court for the Southern District of New York via the Court's ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: September 12 2007

JOHN D. COYLE